No. 76–5483. HENDRICKS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 76–5489. RATHBURN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 76–5491. HUGHES v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 76–5493. JOHNSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 76–5495. MARTINEZ v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 76–5497. BRENNAN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 76–5498. HAYMES v. SMITH, CORRECTIONAL SUPERINTENDENT. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 76–5499. MORENO v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.

No. 76–5502. DIMAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–5505. IN RE HARTZELL. C. A. 3d Cir. Certiorari denied.

No. 76–5510. RHODES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–5516. BROWN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 76–5531. KELLEY v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.